IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA WILDER as Administratrix of the ESTATE OF MARCUS WILDER, Deceased, and CONSTANCE IRIONS as Natural Mother and Legal Guardian of LONDON MCKENZIE WILDER, Minor, <br><br>Plaintiffs, <br><br>v. <br><br>EAST PERIMETER POINTE APARTMENTS LP and VENTRON MANAGEMENT, LLC, <br><br>Defendants. | CIVIL ACTION <br> FILE NO. _____ |

## PETITION FOR REMOVAL

COMES NOW Ventron Management, LLC, and hereby files this Petition for Removal, pursuant to the provisions of 28 U.S.C. §§ 1441, et seq., and shows this Court the following:

1.

The present action was commenced by the Plaintiffs in the State Court of DeKalb County. The suit is identified as Miranda Wilder, as Administratrix of the Estate of Marcus Wilder, Deceased, and Constance Irions, as Natural Mother and Legal Guardian of London McKenzie Wilder, Minor v. East Perimeter Pointe

Apartments LP, and Ventron Management, LLC, State Court of DeKalb County, Civil Action File No. 17-A-66597.

2.

The Complaint was the initial pleading setting forth the claim for relief upon which this action is based. (A true and correct copy of the Plaintiffs' Complaint is attached hereto as Exhibit "A"). The earliest knowledge and first notice by Ventron Management, LLC, or its agents, of Plaintiffs' Complaint was November 8, 2017.

3.

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of Ventron Management, LLC's first receiving notice of Plaintiffs' Complaint.

4.

This action is of a civil nature. The substance of Plaintiffs' Complaint is that Ventron Management, LLC managed the East Perimeter Pointe Apartments complex and that Ventron Management, LLC was negligent by failing to maintain the premises in a reasonably safe condition.

5.

Plaintiffs allege that on or about December 26, 2015, Marcus Wilder was shot in the head by an assailant inside his apartment and subsequently died.

6.

Upon information and belief, Plaintiffs are citizens of the State of Georgia.

7.

Defendant Ventron Management, LLC is a limited liability company established under the laws of the State of Florida with its principal place of business in Florida; the sole member of Ventron Management, LLC is Ronald Eisenberg, a resident of the State of Florida.

8.

Defendant East Perimeter Pointe Apartments LP is a foreign limited partnership established under the laws of the State of Florida, with its principal place of business at 1284 Wellington Street, Ottawa, Ontario, Canada K1Y 3A9.

9.

The general partner of Defendant East Perimeter Pointe Apartments LP is East Perimeter Pointe GP Inc., which is incorporated under the laws of the State of Florida with its principal place of business at 1284 Wellington Street, Ottawa, Ontario, Canada K1Y 3A9.

10.

Defendant East Perimeter Pointe Apartments LP has two (2) limited partners, SWFL Holdings, LP and Ventron East Perimeter Pointe LLC. SWFL Holdings, LP is

a foreign limited partnership established under the laws of the State of Florida, with its principal place of business at 1284 Wellington Street, Ottawa, Ontario, Canada K1Y 3A9.

11.

SWFL Holdings, LP has one (1) general partner and two (2) limited partners. The general partner is SWFL Gulf Properties, LLC, a limited liability company established under the laws of the State of Florida with its principal place of business 1284 Wellington Street, Ottawa, Ontario, Canada K1Y 3A9; the sole member of SWFL Gulf Properties, LLC is J Pare Holdings Inc., an Ontario, Canada corporation with its principal place of business in Ottawa, Ontario, Canada.

12.

The limited partner of SWFL Holdings, LP is The Stephen Greenberg Family Partnership. The partners of which are:

(a) The Stephen Greenberg Family Trust,

(b) The Stephen Greenberg Income Trust,

(c) Stephen Greenberg, and

(d) 2036491 Ontario Inc.

13.

Stephen Greenberg is a resident of Ottawa, Ontario, Canada.

14.

2036491 Ontario Inc. is an Ontario, Canada corporation with its principal place of business in Ottawa, Ontario, Canada.

15.

The other limited partner of SWFL Holdings, LP is The Reesa Greenberg Family Partnership. The partners of which are:

    (a) The Reesa Greenberg Income Trust,

    (b) Reesa Greenberg, and

    (c) 2036490 Ontario Inc.

16.

Reesa Greenberg is a resident of Ottawa, Ontario, Canada.

17.

2036490 Ontario Inc. is an Ontario, Canada corporation with its principal place of business in Ottawa, Ontario, Canada.

18.

The trustees and beneficiaries of the above trusts are residents of Canada, and, as such, are not residents of the State of Georgia.

19.

The other limited partner of Defendant East Perimeter Pointe Apartments LP is

Ventron East Perimeter Pointe LLC, a limited liability company established under the laws of the State of Florida with its principal place of business in Florida. The members of Ventron East Perimeter Pointe LLC are Rona Eisenberg Trust and Ronald Eisenberg Trust.

20.

The trustees and beneficiaries of the Rona Eisenberg Trust and the Ronald Eisenberg Trust are Rona and Ronald Eisenberg, residents of the State of Florida.

21.

Defendant East Perimeter Pointe Apartments LP consents to and joins this removal and to the jurisdiction of this court.

22.

There exists complete diversity among the parties who are presently before the Court.

23.

This Court has jurisdiction under 28 U.S.C. § 1332 and, therefore, this action is one which may be removed to this Court by the Petitioner/Defendant, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1441(b), in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is an action between citizens of different states.

WHEREFORE, Petitioner, Ventron Management, LLC, a named Defendant in the action described hereinabove which is currently pending in the State Court of DeKalb County, State of Georgia, Civil Action File No. 17-A-66597, prays that this action be removed therefrom to this Court.

Respectfully submitted this  7th  day of December, 2017.

**HAWKINS PARNELL THACKSTON & YOUNG** LLP

*/s/ Christian J. Lang*
David C. Marshall
State Bar No. 471512
Christian J. Lang
State Bar No. 435437

*Counsel for Ventron Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
E-mail: dmarshall@hptylaw.com
E-mail: clang@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA WILDER as Administratrix of the ESTATE OF MARCUS WILDER, Deceased, and CONSTANCE IRIONS as Natural Mother and Legal Guardian of LONDON MCKENZIE WILDER, Minor,<br><br>Plaintiffs,<br><br>v.<br><br>EAST PERIMETER POINTE APARTMENTS LP and VENTRON MANAGEMENT, LLC,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing **PETITION FOR REMOVAL** upon Plaintiff by depositing same in the United States with sufficient postage affixed thereon and addressed as follows:

Shean Williams, Esq.
Gary Andrews, Esq.
Omari Crawford, Esq.
The Cochran Firm – Atlanta
100 Peachtree Street NW, Suite 2600
Atlanta, Georgia 30303

This the 7th day of December, 2017.

                                         */s/ Christian J. Lang*
                                         David C. Marshall
                                         Christian J. Lang

                                         *Counsel for Ventron Management, LLC*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
E-mail: dmarshall@hptylaw.com
E-mail: clang@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA WILDER as Administratrix of the ESTATE OF MARCUS WILDER, Deceased, and CONSTANCE IRIONS as Natural Mother and Legal Guardian of LONDON MCKENZIE WILDER, Minor,<br><br>Plaintiffs,<br><br>v.<br><br>EAST PERIMETER POINTE APARTMENTS LP and VENTRON MANAGEMENT, LLC,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. _____ |

## **LR 7.1(D), NDGa. CERTIFICATE**

I, Christian J. Lang, hereby certify that the **PETITION FOR REMOVAL** has been prepared with one of the font and point selections approved by the Court in LR 5.1, NDGa.

This, the 7th day of December, 2017.

**HAWKINS PARNELL
THACKSTON & YOUNG LLP**

*/s/Christian J. Lang*
Christian J. Lang