IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA WILDER as Administratrix of the ESTATE OF MARCUS WILDER, Deceased, and CONSTANCE IRIONS as Natural Mother and Legal Guardian of LONDON MCKENZIE WILDER, Minor, <br><br> Plaintiffs, <br><br> v. <br><br> EAST PERIMETER POINTE APARTMENTS LP and VENTRON MANAGEMENT, LLC, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 1:17-CV-04991-LMM |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW East Perimeter Pointe Apartments LP and Ventron Management, LLC (hereinafter "Defendants"), by and through their undersigned counsel, and file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P 7.1 and L.R. 3.3, showing the Court as follows:

(1) The undersigned counsel of record for the Defendant certifies that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of the Defendants:

- Miranda Wilder, as Administratrix of the Estate of Marcus Wilder

- Constance Irions, as Natural Mother and Legal Guardian of London McKenzie Wilder

- Ventron Management, LLC (Defendant). Ventron Management, LLC does not have a parent corporation.

- East Perimeter Pointe Apartments LP (Defendant). The partners of East Perimeter Pointe Apartments LP are East Perimeter Pointe GP Inc., SWFL Holdings, LP, and Ventron East Perimeter Pointe LLC.

- The sole owner of East Perimeter Pointe GP Inc. is Osgoode Holdings Limited, an Ontario corporation.

- The partners of SWFL Holdings LP are The Stephen Greenberg Family Partnership, SWFL Gulf Properties, LLC, and The Reesa Greenberg Family Partnership.

- 2036491 Ontario Inc. is a parent corporation of The Stephen Greenberg Family Partnership.

- J Pare Holdings Inc. is a parent corporation of SWFL Gulf Properties, LLC.

2

- 2036490 Ontario Inc. is a parent corporation of The Reesa Greenberg Family Partnership.
- Ventron East Perimeter Pointe LLC does not have a parent corporation.
- None of the above corporations are publically held.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff's counsel: Shean Williams, Esq., Gary Andrews, Esq., Omari Crawford, Esq. of The Cochran Firm.
- RLI Insurance Company/Mt. Hawley Insurance Company.
- Stephen Greenberg, The Stephen Greenberg Family Trust, The Stephen Greenberg Income Trust, Richard Kennedy, Jocelyne Anne Greenberg, The Reesa Greenberg Income Trust, Reesa Greenberg, Rona Eisenberg Trust, Ronald Eisenberg Trust, Rona Eisenberg, and Ronald Eisenberg.
- Defendant reserves the right to supplement this response should it become aware of any other appropriate persons.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Defendants in this proceeding:

David C. Marshall
dmarshall@hptylaw.com
Christian J. Lang
clang@hptylaw.com
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, N.E., Suite 4000
Atlanta, GA 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500

Respectfully submitted this 13th day of December, 2017.

**HAWKINS PARNELL THACKSTON & YOUNG** LLP

/s/ *Christian J. Lang*
David C. Marshall
Georgia Bar No. 471512
Christian J. Lang
Georgia Bar No. 435437

*Attorneys for Defendants*

303 Peachtree St., N.E.
Suite 4000
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
dmarshall@hptylaw.com
clang@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA WILDER as Administratrix of the ESTATE OF MARCUS WILDER, Deceased, and CONSTANCE IRIONS as Natural Mother and Legal Guardian of LONDON MCKENZIE WILDER, Minor,<br><br>Plaintiffs,<br><br>v.<br><br>EAST PERIMETER POINTE APARTMENTS LP and VENTRON MANAGEMENT, LLC,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:17-CV-04991-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff in the above-styled matter with a copy of the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by electronic filing and by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

**** SIGNATURE ON NEXT PAGE****

5

Shean Williams, Esq.
Gary Andrews, Esq.
Omari Crawford, Esq.
The Cochran Firm – Atlanta
100 Peachtree Street NW, Suite 2600
Atlanta, Georgia 30303

This  13th  day of December, 2017.

                **HAWKINS PARNELL**
                    **THACKSTON & YOUNG** LLP


                */s/ Christian J. Lang*
                Christian J. Lang