IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIRANDA WILDER, *et al.*,

    Plaintiffs,

v.

EAST PERIMETER POINTE
APARTMENTS, LP, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-4991-LMM

## ORDER

This case comes before the Court on Plaintiffs' Motion to Remand [9]. That Motion is **GRANTED, as unopposed**. The Clerk is **DIRECTED** to remand this matter to the State Court of DeKalb County.

**IT IS SO ORDERED** this 20th day of December, 2017.

Leigh Martin May
United States District Judge